# UNITED STATES DISTRICT COURT

for the

District of Nebraska

__________ Division

Buck Daniel Moore

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

(See (with emphasis) Attached)
Judge Denise J. Kracl
Columbus Police Department
Lincoln Regional Center

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Dr. Klause Hartmen, Dodge County SHERIFFS Department, Saunders County Correctional Facility / for Detention Facility, PIATTE County SHERIFFS Department, & Public Defenders Office Barbara Malisko

Case No. 8:26cv25
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Buck Daniel Moore |
| Street Address | 2860 Frontage Road |
| City and County | Klamath Falls - Klamath County |
| State and Zip Code | Oregon 97601 |
| Telephone Number | (541) - 488 - 5086 |
| E-mail Address | N/A |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT



## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Freedom, Rights to bear ARMS. Rights to CARRY A weapon. Right to Protect Myself & My Properties.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Buck Daniel Moore, is a citizen of the State of *(name)* Oregon.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Denise J. Kracl, is a citizen of the State of *(name)* NEBRASKA. Or is a citizen of *(foreign nation)* U.S.A.

PLATTE County COURT

Defendant No. 1
- Name: Denise J. Kracl
- Job or Title (if known): Judge
- Street Address: 2610 14th St.
- City and County: Columbus PLATTE County
- State and Zip Code: NEBRASKA 68601
- Telephone Number:
- E-mail Address (if known): 2610 14th St.

Platte County Sheriff's Dept. for Detention Facility

Defendant No. 2
- Name: 1125 E 17th street
- Job or Title (if known): Columbus Police Department
- Street Address: 2330 14th St
- City and County: Columbus, PLATTE County
- State and Zip Code: NEBRASKA 68601
- Telephone Number: (402)-564-3201
- E-mail Address (if known): (402)-564-3229

Defendant No. 3
- Name: Dr. Klause Hartmen
- Job or Title (if known): Forensic Phsychiatrist
- Street Address: LicolN Regional Center
- City and County: 801 W PROSPECTOR Pl
- State and Zip Code: NEBRASKA 68522
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Saunders County Correctional Facility
- Job or Title (if known): PRISON NURSE
- Street Address: PLATTE COUNTY Public
- City and County: Defenders Office
- State and Zip Code: 2610 14th St. Barbara Malisko
- Telephone Number: Columbus NE 68601
- E-mail Address (if known):

Dodge County SHERIFFS Dept.

Conspiracy of Retaliation, Attempted Murder By - Injectable Virus Cancers, Bacteria's Parasitic Organisms By Mental Instigations

b. If the defendant is a corporation

The defendant, *(name)* Dr. Klause Hartmen, is incorporated under the laws of the State of *(name)* NEBRASKA, and has its principal place of business in the State of *(name)* NEBRASKA. Or is incorporated under the laws of *(foreign nation)* ________, and has its principal place of business in *(name)* LINCOLN Regional CENTER.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy (with Emphasis) - $4.2 Million (on or About) $6.8 Million

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Losses Time of Life Freedom Damages - Quality of Life for Physical Body - Psycological Damages $4.2 Million &/or up to $6.8 Million Emotional - Duress - distress - constant stress Damages - To Estates, Properties - U.S.A.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Conspiracy of Abuse (On Going) Unessisary Medication Over Medication Torture Under Duress, Unessisary Continument Abduction, Malicious Prosecution, Unessisary Captivity Ficticious Charge, Malfeicense False Imprisonment Tampering With Mail &/or Legal Mail Retaliation Attempted Murder Attempted Medical Negligent Homicide CRUEL & Unusual Punishment, Retaliation

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Over Losses & Damages to Estates $4.2 Million &/or up to $6.8 Million Properties Restore My Freedom & Rights to Bare Arms Punishment By Federal Imprisonment &/or At Jury Discresion Execution &/or Death Penalty By Lethal Injection

4

Dodge County SHERIFFS Dept. Abduction, FALSE ARREST
1rst exsibit) Ficticious Malicious Charges, Puponderance of Evidence (Breathalizer), Illegal Search & Seizure Conspiracy of Retaliation, Attempted Murder, Federal Conspiracy

III Statement of Claim of Retaliation

Saunders County Correctional Facility.
2nd exsibit) False Imprisonment, Unnessisary Confinement for Captivity, Attempted Medical Negligent Homicide, Torture Underduress, Cruel & Unusual Punishment, Prejudice, Bias, Discrimination, Retaliation Conspiracy thereof, Con-Going) Attempted Murder, Attempted Medical Negligent Homicide

Columbus Police Dept. (City) Harassment
3rd exsibit) Puponderance of Evidence, Disturbing the peace for slumber Rest, Abduction, Illegal Search & Seizure, False ARREST, Ficticious Charges; Fear-Terror-Loaded Police!) (Narrative-Inducing

PLATTE County Detention Facility False
4th exsibit) Unnecissary Confinement for Captivity, False Imprisonment, Retaliation, obstruction of Justice, Hindering Civil prosecution,

&/or SHERIFFS Dept. Retaliation, Tampering with
7nth exsibit) Legal Mail &/OR U.S. Postage, obstruction of Justice, Hindering Civil Prosecution,

PLATTE County Court
Denise J. Kracl
5th exsibit) Devious, scandelous, Manipulative, strategic, Illegal, SHAM! Abuse of Authority

LINCOIN Regional Center
Dr. Klause Hartmen
6th exsibit) Intent to Confine in Captivity, me a unconvicted &/or Abducted Citezen. Medicate

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

October 22, 2025

Buck Daniel Moore
Lincoln Regional Center
801 W Prospector Pl
Lincoln, NE 68522-1970

We received your letter dated October 12, 2025, regarding your request for forms and other inquiries. The court cannot investigate or otherwise provide address information for potential parties. Regarding your request for court documents per search of our records, we do not have any cases in our court in your name.

Please see the enclosed forms: a civil complaint, (2) in forma pauperis forms, and a petition for habeas corpus.

If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

By: s/ Giselle Reyna
Deputy Clerk

Forms-Cashier-Letter_Returned_Check
Approved 12/22/14

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

Buck Daniel Moore
V.S.
Dodge County SHERIFFS Dept.

Exszibit 1
Consyiracy

Dodge County Had NO Real Legall Right to Pull Me over for ARREST Me Buck Daniel Moore ON-OR-About August 23 through 25, 2025

A puponderance of evident Breathalizer test.

This whole Illegall ARREST & Imprisonment in Saunders County Corections Facility was Illegall the Captivity & Confinement was Cruel & unusual It was Illegall. The Corectional Facility Nurse was Cruel, She Realy Tortured me She was inadvertantly Trying to Murder Me!

Seriously Sincerly. Buck D Moore

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

Buck Daniel Moore
VS.
Dodge Co SHERIFF'S Dept
Conspiracy of Attempted Murder

Dodge County Hall No Real provable Legall Reason to pull me over & Arrest me to purpovder Evidence of Alchahol Influence Nor Did they Prove Holding me A entire Month IN Saunders Co. Corrections - PRISON - Facility was Legall or Nessisary

The Saunders County Corrections Facility Nurse was CRAZY & Trying Like Hell to Kill me & Abuse me Torture me Exceedia Deadly Hernia's

Nurse Tried to get me to take off Hernia belt bandages! Documented! Nurse Tried to get me to take Respiridol to-wit medical Adverse Reactions Are Evidently Documented!

I Buck Daniel Moore, Am construeing this As Attempted Murder By Medical Negligence Conspiracy there of &/or Retaliation FEDRAll

(7)

Lyle Daniel Moore
VS.
Saunders County Correctional Facility

Exhibit 2
Conspiracy

I was Transported to a (PRISON) for a whole Month, Requesting Legall Forms & Law Library Privelleges as well as Phone Numbers & Adresses to Attourneys. I was Illegally Held Against my Will in Saunders County (Prison). I was Denied Completely of Rightfull Legall Material Law Library, Legall Forms Phone Numbers. I was Not booked Legally into the Saunders County Correctional Facility (Prison). I Could Never Log on to a Tablet. I Could not Call out on the Phone. Nor Could I in Any way Log on the the wall Computer Kiosk. It was Aparent to me Somthing was Federally wrong. I was Tortured in a Holding Cell 2 Different times By (Prison) Nurse.

(8)

Buck Daniel Moore
VS.
Saunders Co. Correctional Facility
Dodge Co. SHERRIFS
Saunders Co. for Correctional Facility ARE Acused of Medical Malpractice medical Negligence - to the Point of Attempted Murder ABUSE - CRUEL & UNUSUAL Punishment, "Conspiracy" of False ARREST Abduction False Imprisonment Preponderance of Evidence (A Breathalizer Test), Ficticious Malicious Charges & or Prosecution Conspiracy of - (Feds) Retaliation

Attempted MURDER Negligence Malpractice Medical

Corrections NURSE Tried to get me to Remove Bandages for Deadly GROIN HERNIA'S She tried to get me to take Respiradol A Medicine I AM Allergic too & or Have Documented Medical Adverse Reactions, too. The Nurse placed me IN A Cell with No Mattress No Blankets It was Very Cold obvious ABUSE, CRUEL & UNUSUAL Punishment - Torture

Continued

Unwelcome Cont. Unity for

9

Buck Daniel Moore
VS.
Saunders County Correctional Facility
Conspiracy of Federall CRIME Abduction, False Arrest, False Imprisonment Unnessisary Confinment, Captivity, Forced Medication, over Medication, Prejudice, Bias, Discrimination, Cruel & Unusual Punishment, Attempted Murder, By Medical Negligence or Mal practice

Abuse / Torture of Abductee / Captive Patient Prisoner Inmate

ON OR About the Arrest Time in Dodge County SHERIFFS Dept. August 2025

I Buck Daniel Moore Stand Acusing Saunders County Correctional Facility's & it's Employee's of these Federall, City, County, & State Charges, Dodge County SHERIFFS Department had the Adacity To Pull Me over For a Doped out whore who called the Police on me For Driving my FREINDS Truck This Doped out whore Had No other Ride from the BAR A Snitch Doper Whore Hooker. This Whore Did Not own the TRUCK.

Scott Daniel Moore
VS.
Saunders County Correctional FACILITY

(False Inmate) False Imprisonment

(Denied Adresses) phone Numbers (Denied Acess) to tablet phone would Not work Nor Could I Log on to the Computer with Jail I.D. & Pin Number. I was Denied Legall Forms I was Held 30 Days without Being Able to call out or Contact Anyone over & over & over Again (with-emphasis) The Life Communications & Greivances Said I was A Dodge County Inmate For 30 Days

Jobs Acess Too

Refusal to Answer Communi-cations

Unnessisary Confinement
Unnessisary Captivity
Unnessisary Medication - Attempted Murder
Correctional Facility tablet on C.O.'s Person would Not read Bar Code on Identifacation Wrist BAND. for food TRAYS
Not PROPERLY Boomed in PRISON (False Prisoner) (10)

Obvious Guilty
PLATTE County Detention Facility
Denied Envelopes
Conspiracy Retaliation
& Punishment for 2-7-0-3
(Obstructing Justice / Hindering Prosecution)
weeks - obvious Tampering
with mail for Legal Mail
Retaliation
PLATTE County
PLATTE County SHERIFFS Dept.
Edward Wemhoff
Tampering with Mail for Legal Mail

(Exhibit # 3) Buck Daniel Moore
VS Columbus Police Department

Narrative

CONSPIRACY (ON-GOING) During the Month of September on or About the 24th, 2025 I Buck Daniel Moore was in fact Rudely Awakened from a Peacefull Sleeping Slumber By Loaded On Coke Police officers this induced Fear & Terror in me. The Columbus Police Rudely Did Harrass me with a Puponderance of Pocket and belt Knifes as Evidence was then used to Illegally Search baggage for Luggage for Drugs By Loaded Looking Police officers. The Police Mentioned A Criminal Record I knew to Be Exspunged & Cleared 20 on-or-About years of good behavior still No Felony Convictions. A Abduction took Place when Arrested At the Gas Station Store without Knifes on My Person. To Harrass A Person waiting for Buss for Long Distance travell to Purponder Evidence enough to Illegally Search Bags Backpacks & Luggage for Illegall Drugs No Drugs were found

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

Brian Daniel Moore
VS. Columbus Police Department

to Falsley ARREST IMPRISON &/OR Abduct Someone from a Buss Stop to pick up Travelers for long distance Travell to-wit the Truck Stop where I was HarRased & ARRested During Abduction Police Led Me Away from thousands of Dollars worth of Miscelaneous Belongings 200 yards (on-or-About) then ARRested Me while My Belongings where Being Illegally Searched BY A Female Seargent. My Belongings Are At the Columbus POLICE Dept. from the day of my ARRest. Nothing Illegall was found in My Laggage. During the Scene of Offensive Illegall Harassment the preponderance of evidence took place &/or Happened.

Buck Daniel Moore
V.S.
Columbus Police Department

On &/or About Sept. 24, 2025 I Buck Daniel Moore was In Fact Rudely Awakened From PEACE &/or Slumber By Columbus Police Dept. I was then Rudely Harrassed By 4 officers of Law Enforcement Harrasment Led to a Preponderance of Evidence & Abduction &/or False ARREST officers Claimed (with Emphasis) That I Buck Daniel Moore was Showing Some How that There was Some Sort of FELONY CRIMINAL RECORD SHOWING IN THEIR COMPUTER (IN FACT) The CRIMINAL Record these officers Mentioned Had been Exspunged &/or CLEARED ? 10 years 20 years By FEDERAL Judges It Is ON-Going Illegally to Bring Back up OR use A Exspunged Record

Buddy Lowell Moore
VS.
PLATTE County Detention Facility/
PLATTE County SHERIFFS Dept.

Exhibit 4
Conspiracy

Tampering with the Mail
Multiple Letters with
Retaliative Conspiracy
Tampering with Legal Mail

Mailing Adress Request: U.S. District Court PLATTE County Detention Center Arresting Department Insurance Companies Liability DENIED

Insurance Company PLATTE COUNTY Mr Bolocca out of Ashland Medford Oregon - Mailing for E-MAIL Adress Request GRANTED

of ARRESTING OFFICERS DENIED

Full NAME of Judge Legal Reasons

I Buck Daniel Moore Do now Bring Notice of (TORT) with Intent to Sue. False Arrest Abduction False Imprisonment, Fictitious Malicious Charge for Prosecution Attempted Murder By Medical Malpractice Med Negligence Conspiracy there of. On-going on or About Sept. 29 2025 Losses Belongings - Purchased Items - Quality of Life - Pain & Suffering - Time of Life - Abuse - Estates Properties Inheritance Fortune

(15)

DANDRUFF
Dandruff can be normal scaling off of the top layer of your scalp. It can also be caused by seborrhea, which causes an increase in the amount of oil made by the oil glands around the hair roots. Dandruff can usually be treated by using a dandruff shampoo. Do the following things:

1. Shampoo hair 2-3 times weekly in cool or barely warm water.
2. Use dandruff shampoo. Make sure you rinse out all the shampoo.
3. The oil glands around your hair make more oil if you massage or rub your scalp a lot.

If the shampoo does not improve your dandruff problem after one month, return to sick call.

INSOMNIA
Some of the things that you can do for yourself if you are having trouble sleeping are:

1. Reduce and/or stop drinking caffeine drinks. These include coffee, brown tea, colas and some other soft drinks.
2. DO NOT take naps during the day, at count or during the evening.
3. Exercise during the day to help tire you out. This will also help reduce stress.
4. Go to bed at the same time each night. When you are drowsy and can't sleep, get up and read a book or write a letter until you get drowsy; then go back to bed. You may need to repeat this procedure several times.
5. Get out of bed at the same time each day.
6. Discuss your problems with the staff chaplain, or other mental health professionals if available.

Over time, the ideas listed above should help you get your sleep problems under control. Your body has a natural "clock" built into it; sometimes it needs to be corrected. If you have had sleep problems for a long time, or were using drugs and/or alcohol prior to incarceration, it will take time for you to adjust. If you are new to jail or getting out soon, you will probably have some sleeping problems. Medications won't cure the problem. Time and effort probably will.

HEADACHE
Most people have headaches. Most headaches are not serious. Many things can cause headaches – tension, sinus congestion, caffeine, smoking, medications and high blood pressure. Do the following if you have a headache:

1. Avoid whatever causes your headache.
2. Take 2 Tylenol tablets 2 times a day.
3. Use moist, cool cloths if this helps relieve the headache.
4. Rest. Don't watch TV. Avoid noisy interaction.

SORE THROAT
Viruses cause most sore throats – antibiotics cannot kill a virus. It takes 4-7 days for a sore throat to get better. Do the following if you have a sore throat:

1. Gargle with warm, salty water several times a day. Do not swallow the salty water.
2. Drink plenty of fluids.
3. Take 2 Tylenol tablets for fever and pain 2 times daily.
4. Stop smoking.

Return to the nurse if conditions get worse or you have no relief.

SPRAIN
Stressing or twisting a joint or body usually causes a sprain. Swelling usually occurs and can cause pain. Do the following if you have a sprain:

1. Keep the injured area elevated for 48 hours. This decreases the swelling and throbbing.
2. Use cold-water cloths on the area for 24 hours and avoid using.
3. Take Tylenol 2 times a day for pain
4. Notify the medical unit if numbness, tingling, cold or blueness appears to the area below the injury.

TOOTH DECAY AND GUM DISEASE
Tooth decay and gum disease begin with plaque. Plaque is a sticky, invisible film that contains bacteria. It is the major cause of tooth decay and gum disease. It is constantly forming over the teeth. How does plaque cause cavities?

1. When you eat sweet foods, the bacteria in plaque combines with sugar to form decay acids that attach to the enamel on your teeth.
2. The cavity grows larger as it enters the dentin.
3. Decay weakens the enamel further and reaches the sensitive layer of the tooth.
4. If decay is not checked, an abscess may occur or the bone may become infected.

How does plaque cause gum disease?

1. Plaque collects beneath the gum lines and irritates the gum tissues. This may cause your gums to bleed when you brush.
2. If plaque isn't removed, it becomes hardened and forms tartar increasing the irritation to your gums.
3. Plaque will begin to destroy the tissue holding the gums to the teeth.

Brush to remove plaque.

1. Prevent tooth decay and plaque by brushing.
2. Hold your toothbrush at a 45-degree angle to the gum line.
3. Brush back and forth with short strokes, covering 1-2 teeth at a time.
4. Brush the back of your teeth.

For medical problems or symptoms not described in this pamphlet, please complete a Sick Call Request Form to see the physician or nurse.

Buck Daniel Moore
VS. Lincoln Regional Center
Dr. Klause Hartmen
University of Nebraska

I Buck Daniel Moore am Accusing Dr Hartmen of Being Part of A Conspiracy of Abduction, unnecisary Confinement, Captivity, Abuse, Neglegence, Attempted murder, Ephedra / Malpractice

I Buck do beleive for some reason this Doctor Beleives I Function on a phsycotic level so he misconstrued what I said to him to Have me Transported Against my will to A Hospital Full of Violent Dangerous People. I Buck Daniel Moore (with emphasis) Have NEVER EVER Hurt Anyone Nor Have I EVER NEVER Caused Anyone Any Injuries. (2)

Whether or Not it is Deliberate is Uncertain. Regardless Dr. Klause Hartmen is A Conspiritor in (On-Going) FEDERAL CRIME.

Intent Too Doctors Acurred Attempt to Stupify me with Bad Medication

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

Buck Daniel Moore
VS.
Lincoln Regional Center
Names of others in Near Future

Desired effects of Fucking Quack

(Dr. Klause Hartmen)
Abused Intent to Stupify with Unessisary Medications (with emphasis) to in Fact Stupify-me Buck Daniel Moore. Unessiary Medication is in Fact overmedicating. Not one of these Medications is a Actual Cure to any Diagnoses. Terrible Undorable Side Effects. It is Provable Abuse of A - Captive - Abductee - Prisoner &/or Patient. Unessisary Confinement or Captivity? This Sort of Abuse Is Medical Negligence &/or Malpractice. It Can be Construed As Attempted Murder &/or Homicide When Allergies or Medical Adverse Reactions Are Documented. When Administered with Needle It is Attempted MURDER.

Blurred Vision
Dizziness
Confusion
Drowsyness

Exzsibit #7

Buck Daniel Moore
V.S.
Platte County Public Defenders Office "Conspiracy of Detention Center & Court" "Barbara" (PLATTE COUNTY)

DENIED Forms To Release Confidential Information to FEDERAL U.S.D.C. Judge IN OMAHA &/or Head Phsychiatrist.
DENIED A Legally Requested Discovery &/or Full Discovery
DENIED Acsses to Photo Copy Machines typewriter &/or Computer Terminal to uniformly type up my Civil Lawsuit &/or Civil Complaint & OR make Photo Copies to File A Cleaner More Profesional Civil Complaint



KNOWING
GOD BY HIS
LOVE & GRACE

So we have come to know and to believe the love that God has for us. God is love, and whoever abides in love abides in God, and God abides in him. – 1 Jn 4:16

Have you built your confidence in God's love? There are many Christians who still look to the world to tell them who they are. They haven't "*come to know and believe the love God has for them.*" Fear of man still dominates them, and they still try to determine where they stand with people rather than resting in the perfect love of God. Because of this they fail to abide in His love. How do we abide in such a love? If one is born-again (vs 13-15) we must learn to look away from the world's approval to abide in the approval of God (vs 4-6).

Ask yourself some tough questions. How often are you more concerned with failing man than with pleasing God? How often are you disappointed with yourself because of your performance, and you can't let it go? How often do you operate as if God is not with you until you perfectly obey His commands? Instead of having assurance, you are always afraid of punishment (vs 18). My dear Christian, these are tell-tale signs that you haven't come to know and believe God's love for you. You're still looking to this world and your performance to merit love.

How does one abide in the love of God? First... they must first stop seeking to impress the world. Instead, their approval must be in Christ. Do you understand the world is sin-sick? Stop trying to get the world to love you as its own. You are now accepted in Christ, into the family of God through the cross. But are you okay with being a nobody to this world? You cannot come to know and to believe the love God has for you if you are still trying to gain man's approval over the approval you have in Christ (Jn 5:44).

OFFENSIVE? INDEED IT IS! TO Claim a person to Be Incompetent To Stand Trial on Fictitious Charge then Send them without Jury TRIAL To Mental Instatution FOR unnessisary Stupifieng Medication to Phsycologicaly Torture Person with Dizzieness Confusion Blurred Vision Possibly Drowsness. To Further Retard OR Deabilitate Person Deliberatly

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 4rth 2025

Signature of Plaintiff: Buck D Moore

Printed Name of Plaintiff: BUCK DANIEL MOORE

**B. For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney: Micheal Bolocca

Bar Number

Name of Law Firm

Street Address: 518 Washinton St. Ste 1

State and Zip Code: Oregon 97520

Telephone Number: (541)-488-5086

E-mail Address

(24)

Buck Daniel Moore #29919
Platte County Jail
1125 E. 17th Street
Columbus, NE 68601

OMAHA NE 680
8 JAN 2026 PM 3 L

FREEDOM
FOREVER / USA

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

OFFICE OF THE CLERK
U.S. D.C.
Roman L HRUSKA US Courthouse
111 S. 18th PLAZA SUITE 1152
OMAHA, NE
68102-1322

"Legall Mail"



Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff

Buck Daniel Moore #29919
Platte County Jail
1125 E. 17th Street
Columbus, NE 68601

OMAHA NE 680
8 JAN 2026 PM 3 L

OFFICE OF THE CLERK
U.S.D.C
ROMAN L. HRUSKA US Court
111 S. 18th PLAZA SUITE 1152
OMAHA, NE
68102-1322

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

"Legall Mail"

68102-132277



Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff

8 JAN 2026    PM 4 L

OMAHA NE  680

Buck Daniel Moore #29919
Platte County Jail
1125 E. 17th Street
Columbus, NE 68601

OMAHA NE 680
8 JAN 2026 PM 4 L

Office of The CLERK
U.S.D.C.
Roman L HRUSKA US Court
111 S. 18th PLAZA SUITE 1152
OMAHA, NE 68102-1322

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

"Legall Mail"

OMAHA NE 680

8 JAN 2026 PM 3 L



Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff

Buck Daniel Moore #29919
Platte County Jail
1125 E. 17th Street
Columbus, NE 68601

FREEDOM FOREVER / USA

office of the Clerk
U.S. D.C.
Roman L. HRUSKA U.S. Court
111 S. 18th PLAZA SUITE 1152
OMAHA, NE 68102-1322

RECEIVED
JAN 13 2026
CLERK
U.S. DISTRICT COURT

"Legall Mail"

Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff