IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BUCK DANIEL MOORE,

          Plaintiff,

    vs.

DENISE J. KRACL, PLATTE COUNTY SHERIFF'S DEPT. OR DETENTION FACILITY, DR. KLAUSE HARTMEN, SAUNDERS COUNTY CORRECTIONAL FACILITY, and DODGE COUNTY SHERIFFS DEPT.,

          Defendants.

8:26CV25

MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On March 23, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 12. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 18, 2026**: check for address.

3.     The Clerk of the Court is directed to send a copy of this order to Plaintiff at the address on file and at the following address:

> Buck Daniel Moore, 29919
> Platte County Detention Facility
> 1125 E. 17th Street
> Columbus, NE 68601.

Dated this 16th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2