IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BUCK DANIEL MOORE,

Plaintiff,

vs.

DENISE J. KRACL, PLATTE COUNTY SHERIFF'S DEPT. OR DETENTION FACILITY, DR. KLAUSE HARTMEN, SAUNDERS COUNTY CORRECTIONAL FACILITY, and DODGE COUNTY SHERIFFS DEPT.,

Defendants.

**8:26CV25**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On March 23, 2026, the Court ordered Plaintiff to show cause by April 22, 2026, why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on January 27, 2026. Filing No. 11. Additionally, on April 16, 2026, the Court ordered Plaintiff to update his address with the Court by May 18, 2026, or face dismissal of this action. Filing No. 13. To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee, has not paid the initial partial filing fee or sought an extension of time in which to do so, has not updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the Court's initial partial filing fee, and for failure to comply with a Court order. The Court will enter judgment by a separate document.

Dated this 3rd day of June, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2